# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| WILLIAM ENGLAND, | ) | 3:06-CV-576-RAM |
|  | ) |  |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | July 1, 2009 |
|  | ) |  |
| STATE OF NEVADA, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendants have filed a Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. #127).

     Plaintiff's Motion for Summary Judgment (Doc. #126) was prepared and delivered to the mailroom on June 16, 2009, which was four (4) days past the dispositive motion cut-off date.

     Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. #127) is **DENIED**.  Defendants shall have fifteen (15) days from the date of this Order in which to file an Opposition to Plaintiff's Motion for Summary Judgment (Doc. #126).

     **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                                By:              /s/
                                                          Deputy Clerk