# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ENGLAND, ) | 3:06-CV-576-RAM |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 25, 2009 |
| ) | |
| STATE OF NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Order Compelling Discovery (Doc. #132). Defendants have opposed the Motion (Doc. #133).

Plaintiff's Motion concerns Interrogatories which were served on Defendants on April 21, 2009, and Requests for Production of Documents which was served April 27, 2009. The last day to complete discovery in this matter was May 11, 2009.

It had previously been explained to the Plaintiff that the discovery cut-off date meant that discovery had to be <u>completed</u> by that date. The Interrogatories and Request for Production of Documents referred to in Plaintiff's Motion are therefore untimely and Plaintiff's Motion for an Order Compelling Discovery (Doc. #132) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:    /s/
        Deputy Clerk