UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| WILLIAM ENGLAND,<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Defendant(s). | CASE NO. 3:06-CV-0576-RAM<br><br>MINUTES OF THE COURT<br><br>DATED: SEPTEMBER 14, 2010 |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>
Deputy Clerk: <u>JENNIFER COTTER</u>　　FTR: <u>11:16:11 a.m. - 11:22:10 a.m.</u>
Counsel for Plaintiff(s): <u>WILLIAM ENGLAND, In Pro Per (telephonically)</u>
Counsel for Defendant(s): <u>CLARK LESLIE (telephonically)</u>

PROCEEDINGS: **MOTION HEARING**

11:16 a.m. Court convenes.

The Court addresses the subject motions.

**Motion to Enlarge Copy Limit (Docket #159)**

IT IS ORDERED that the Motion to Enlarge Copy Limit is GRANTED. Plaintiff's copy limit shall be increased an additional **$50.00**.

**Motion for Order for Plaintiff to Correspond with Witnesses (Docket #158)**

IT IS ORDERED that the Motion for Order for Plaintiff to Correspond with Witnesses is GRANTED. Plaintiff shall be allowed to correspond with his incarcerated witnesses provided he fill out a "Correspondence Request Form".

IT IS FURTHER ORDERED that Plaintiff shall be allowed to correspond with Mr. Juan High and that Mr. High's parole officer shall cooperate with Plaintiff in this regard.

11:22 a.m. Court adjourns.

　　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　　　　By: <u>/s/</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk