# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM ENGLAND, | ) | 3:06-CV-0576-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 24, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Enforce Settlement Agreement (Doc. #193) and a Motion to Vacate Trial Date Pending Decision on Motion to Enforce Settlement Agreement (Doc. #194).

In the Motion to Enforce Settlement Agreement (Doc. #193) there is an indication that counsel for Plaintiff, Mr. Boles, is on indefinite medical leave and may not return to practice until the date the trial in this matter is scheduled to commence.

In view of the circumstances, the trial date of March 14, 2011, is **VACATED**.

A hearing on the Motion to Enforce Settlement Agreement (Doc. #193) will be held on **Wednesday, March 16, 2011, at 9:00 a.m.**  The Attorney General's Office will make arrangements to have Mr. England present at the hearing.

The trial date is rescheduled for **Monday, May 23, 2011, at 9:00 a.m.**  There will be a pretrial status conference and hearing on any motions *in limine* on **Thursday, May 19, 2011, at 9:00 a.m.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____

Deputy Clerk